1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   STEPHEN H. TURNER, SB# 89627
2    E-Mail: turner@lbbslaw.com
   LARISSA G. NEFULDA, SB# 201903
3    E-Mail: lnefulda@lbbslaw.com
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant FIRST CREDIT SERVICES, INC.

7              UNITED STATES DISTRICT COURT
8              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL SURRETTE,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST CREDIT SERVICES, INC..<br><br>Defendants. | CASE NO. **'13CV1509 L    KSC**<br><br>**NOTICE OF REMOVAL**<br><br>Trial Date:   None Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant FIRST CREDIT SERVICES, INC. ("Defendant") hereby removes to this Court the state court action described below:

1.  On or about May 23, 2013, an action was commenced in the San Diego County Superior Court, entitled *April Surrette v. First Credit Services, Inc.*, Case No. 37-2013-00050034-CU-PO-CTL.  A true and correct copy of Plaintiff APRIL SURRETTE's ("Plaintiff") Complaint is attached hereto as Exhibit "A."

2.  Defendant was served with said Complaint on May 30, 2013.  A true and correct copy of the Summons reflecting service on May 30, 2013 is attached hereto as Exhibit "B."

3.  This action is a civil action of which this Court has original jurisdiction

4840-8085-6340.1

NOTICE OF REMOVAL

1 under 28 U.S.C. § 1331, and is one which may be removed to this Court by
2 Defendant pursuant to the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a)
3 in that it arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et
4 seq.

5     4.    There are no other defendants named in the Complaint

7 DATED: June 28, 2013        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/Larissa G. Nefulda*
Stephen H. Turner
Larissa G. Nefulda
Attorneys for Defendant
FIRST CREDIT SERVICES, INC.