FILED
14 JUN 24 AM 8:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL SURRETTE,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST CREDIT SERVICES, INC.,<br><br>    Defendant. | Case No. 13-cv-1509-L(KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 14]** |

    Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, and **DISMISSES** the action **WITH PREJUDICE.** (Doc. 14.)

    **IT IS SO ORDERED.**

DATED: June 19, 2014

_____
M. James Lorenz
United States District Court Judge

13cv1509